```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
                    CASE NO. 2:08cv00235(WOB)
```

**SCOTT A SAVAGE**                                               **PLAINTIFF**

VS.                                      <u>**JUDGMENT**</u>

**E. GORDON GEE, KAREN A.
HOLBROOK, NANCY K. CAMPBELL,
T. GLENN HILL, CHRISTOPHER
ALVEREZ-BRECKENRIDGE, DOUGLAS
G. BORROR, ALAN W. BRASS, JOHN
C. FISHER, G. GILBERT CLOYD,
JO ANN DAVIDSON, KAREN L.
HENDRICKS, BRIAN K. HICKS,
ALGENON L. MARBLEY, DIMON R.
MCFERSON, WALSEN W. O'DELL,
JOHN D. ONG, RONALD A. RATNER,
ROBERT H. SCHOTTENSTEIN, ALEX
SHUMATE, DEBRA J. VAN CAMP, LESLIE
H. WEXNER, CHRISTOPHER PHELPS,
NORMAN W. JONES, JAMES F. BUCKLEY,
HANNIBAL HAMLIN, GARY KENNEDY**                                 **DEFENDANTS**

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANTS' FAVOR.** This matter be, and is hereby, **stricken from the docket of this court.**


This 7th day of June, 2010.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge